IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIMBELA K. LANGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1420-W |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 15, 2005, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this matter and recommended that this Court reverse the decisions of the defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("Commissioner"), denying plaintiff Kimbela K. Langley disability insurance benefits and supplemental security income. The parties were advised of their right to object to the Report and Recommendation, but neither party objected within the allotted time.

Upon de novo review of the record and in the absence of any objection, the Court concurs that reversal of the Commissioner's decisions as well as remand of this matter for further proceedings is warranted for the reasons stated by Magistrate Judge Argo.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on August 15, 2005;

(2) REVERSES the decisions of the Commissioner denying Langley's Application for Disability Insurance Benefits and her Application for Supplemental Security Income;

(3) REMANDS this matter to the Commissioner for further administrative proceedings in accordance, and consistent, with Magistrate Judge Argo's Report and Recommendation; and

(4) ORDERS that judgment pursuant to this Order issue forthwith.

ENTERED this _8th_ day of September, 2005.

LEE R. WEST
UNITED STATES DISTRICT JUDGE